IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEREK SMITH LAW GROUP, PLLC,**<br>Plaintiff,<br><br>v.<br><br>**SETH CARSON, doing business as<br>"CARSON LEGAL GROUP,"**<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 25-1238 |

## ORDER

**AND NOW**, on this 26th day of November, 2025, upon consideration of Defendant Seth Carson's Motion to Vacate Default Judgment (ECF No. 10) and Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 12), it is **HEREBY ORDERED** that both ECF No. 10 and ECF No. 12 are **DENIED**.

                                                         BY THE COURT:

                                                         **/s/ Kelley B. Hodge**

                                                         HODGE, KELLEY B., J.